United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEFFERY S. SEILLER, | ) | |
| | ) | CIVIL NO. C08-5288FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, | ) | FILE PLAINTIFF'S REPLY BRIEF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before September 24, 2008.

DATED this 2nd day of September, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

S/Elie Halpern, WSBA #1519\_\_\_\_
Elie Halpern, WSBA #1519
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF- [C08-5288FDB] - 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055