United States Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFERY S SEILLER, | CIVIL NO. C08-5288FDB |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before September 25, 2008.

DATED this 30th day of September, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

Presented by:

S/Elie Halpern, WSBA #1519
Elie Halpern, WSBA #1519
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF- [C08-5288FDB] - 1

Halpern & Oliver, PLLC
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055