# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY S. SEILLER

       v.

MICHAEL ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5288FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

   January 23, 2009                                                BRUCE RIFKIN
Date                                                                       Clerk

                                                                                   *s/CM Gonzalez*
                                                                                    Deputy Clerk